■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND COWELL, Appellant.—Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on November 12, 1986, unanimously affirmed. Respondent's brief submitted for filing is hereby accepted. No opinion. Concur—Murphy, P. J., Asch, Rosenberger, Smith and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARVEY MARCELIN, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on September 2, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Kassal, Ellerin and Rubin, JJ.

■ FEDERAL INSURANCE COMPANY, Appellant, v ARTHUR ANDERSEN & Co., Respondent.—Order, Supreme Court, New York County (Martin Evans, J.), entered on December 3, 1987, unanimously affirmed for reasons stated by Martin Evans, J. Respondent shall recover of appellant $250 costs and disbursements of this appeal. Concur—Ross, J. P., Asch, Kassal, Ellerin and Smith, JJ.

■ JANET SILLAH, Appellant, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY et al., Respondents.—Order, Supreme Court, New York County (Stanley Parness, J., on a decision by Wallace R. Cotton, J.), entered on March 17, 1988, unanimously affirmed, without costs and without disbursements. The order of this court entered herein on February 23, 1989 [147 AD2d 994] is vacated. No opinion. Concur—Kupferman, J. P., Asch, Kassal, Wallach and Smith, JJ.